H CR 248

Dear Mr. James McAlister, U.S Attorney AUSA.

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FEB 0 2 2015
David J. Bradley, Clerk of Court

Greeting:

Dear Mr. Mcalister I, Ali M. Awad Irsan. hoping From God that you Find in your heart to easy off our Restriction in Geo Curley Det.

First off the Phone Restriction wich make it imposible to keep in touch with our Kidds.

Second I have been in Isolated Seg. for along time Since 6-14-2014 until now.

I've been treated very harshly by officials in the Detention Center. may be you can help ease off my suffering.

Mr Mcalister as it seems we are Guilty of something, I assure you we are Not Guilty (inocance) and all my familly small to big are Paying the Price.

Thank you for Rec. my letter hoping you can help after all I think there is a big heart behind that tough attorney

Sincerly yours, Ali Irsan

Ali Irsan 446702379
Joe Corley Detention
Conroe, TX, 77302

NORTH HOUSTON TX 773
30 JAN 2015 PM 5 L

THIS LEGAL MAIL HAS NOT BEEN INSPECTED

7700226 0105

Attorney of U.S.A
James McAlister, AUSA
505 Rusk Street (Ave).
Houston, TX, 77002