| | | |
|---|---|---|
| United States District Court | Southern District of Texas | |

United States District Court
Southern District of Texas
**ENTERED**
March 21, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| The United States of America, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Criminal Action H-14-248-1 |
| Ali Mahmood Awad Irsan, | § § | |
| Defendant. | § | |

## Order on Return of Property

By 12:00 p.m. on March 25, 2016, the government must produce an inventory of what it has seized.

Signed on March 21, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge